DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERRY L. CASEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1159

[August 1, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432016CF001035A.

Jerry L. Casey, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***